UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS MIGUEL CEREN-PALMA,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al,<br><br>Respondents. | Case No. 2:26-cv-04476-TMC<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

## I. ORDER

The petition for writ of habeas corpus is GRANTED. Federal Respondents have expressed their non-opposition to Petitioner Luis Miguel Ceren-Palma's request for habeas relief. Dkt. 5 at 1 ("Federal Respondents request that this Court decide whether a writ should be granted based on the Petition and related filings."). Petitioner alleges that he entered the country in 2016 as an unaccompanied child, was released to the custody of his mother, and applied for asylum; after his asylum proceedings were referred to immigration court, the government failed to file a Notice to Appear and abandoned the proceedings. *See* Dkt. 1 at 2–3. Petitioner was detained in September 2026 with a group of day laborers, and there is no evidence of criminal history or changed circumstances requiring urgent arrest. *See id.* at 27–30. Based on his allegations, the Court concludes that Ceren-Palma's petition demonstrates a basis for release under the Due

Process Clause, *see, e.g.*, *E.A.T.-B. v. Wamsley*, 795 F. Supp. 3d 1316 (W.D. Wash. Aug. 19, 2025); *Carrero Sanchez v. Warden, et al.*, Case No. 2:26-cv-03986 (W.D. Wash. Nov. 16, 2026). The Court thus concludes that the government's decision to re-detain Ceren-Palma without notice or hearing violated his right to procedural due process.

Accordingly, the Court ORDERS as follows:

1. The petition for writ of habeas corpus (Dkt. 1) is GRANTED.

2. Within 24 hours of this Order, Respondents must RELEASE Petitioner Luis Miguel Ceren-Palma subject to the terms of his initial OREC.

3. Respondents must return to Ceren-Palma any personal property, including any personal identification document (other than a passport) and any employment authorization document.

4. Respondents are directed to file a status report no later than November 23, 2026 confirming Petitioner's release in compliance with this Order.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20 day of November, 2026.

Tiffany M. Cartwright
United States District Judge